**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for JENNY M. NEGRETE

```
FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY M. NEGRETE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration,<br><br>    Defendant. | CASE NUMBER:   EDCV 05-0907-RC<br><br>[PROPOSED]<br>ORDER APPROVING ATTORNEY FEE<br>UNDER 406(b) |

The Court, having reviewed the Petition of The Law Offices of Martin Taller for approval of attorney fees under 42 USC §406(b), hereby approves an attorney fee in the amount of $ 11,344.50 to be paid from withheld benefits to the Law Offices of Martin Taller. Upon receipt of said sum, The Law Office of Martin Taller will refund $ 4,065.00 in EAJA fee to Ms. Negrete.

DATED: 6/23/08

_____
United States Magistrate Judge

- 1 -